No. 80–2127. IRAN NATIONAL AIRLINES CORP. ET AL. *v.* MARSCHALK CO., INC., ET AL. It is the opinion of this Court that the questions certified by the United States Court of Appeals for the Second Circuit must be answered as follows:

(1). Yes. See *Dames & Moore* v. *Regan, ante,* p. 654.

(2). Yes. See *Dames & Moore* v. *Regan, ante,* p. 654.

(3). The President's action in nullifying the attachments did not constitute a taking of property for which compensation must be paid. We dismiss question (3) so far as it concerns whether the action of the President in suspending the claims constituted a taking of property for which compensation must be paid. See *Dames & Moore* v. *Regan, ante,* p. 654.

JUSTICE POWELL, with whom JUSTICE MARSHALL and JUSTICE STEVENS join, dissenting.

I would dismiss the certificate, citing *Dames & Moore* v. *Regan, ante,* p. 654, announced today. The Court's opinion in that case provides the only answers that this Court should give to the questions certified to us by the United States Court of Appeals for the Second Circuit. Having rendered an opinion on the subject of those questions, we should not answer them in monosyllables nor attempt a syllabus of

a portion of the Court's opinion. We recently have dismissed certification of questions where the Court has addressed the subject of the questions in a full opinion. *Foley* v. *Carter,* 449 U. S. 1073 (1981). See also *United States* v. *Will,* 449 U. S. 200 (1980).